UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHANNEL ALLEN, and
other similarly-situated individuals,

      Plaintiff,                              Case No. 17-13778

v                                                  Hon. Arthur J. Tarnow

METROPOLITAN CHILDREN AND
YOUTH, INC. --
RENAISSANCE HEAD START

        Defendant.

| SOMMERS SCHWARTZ, P.C. | STARR, BUTLER, ALEXOPOULOS & STONER, PLLC |
|---|---|
| Matthew L. Turner (P48706) | Joseph A. Starr (P47253) |
| Rod M. Johnston (P80337) | William R. Thomas (P77760) |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| One Towne Square, Ste. 1700 | 20700 Civic Center Dr., Ste. 290 |
| Southfield, MI 48076 | Southfield, MI 48076 |
| (248) 355-0300 | (248) 554-2700 |
| mturner@sommerspc.com | jstarr@starrbutler.com |
| rjohnston@sommerspc.com | wthomas@starrbutler.com |

**STIPULATED ORDER FOR
<u>APPROVAL OF SETTLEMENT AGREEMENT</u>**

      WHEREAS, Plaintiff Channel Allen filed this action against Defendant, Metropolitan Children and Youth, Inc. (d/b/a Renaissance Head Start) alleging claims of failure to pay overtime in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and breach of contract.

WHEREAS, on or about May 30, 2018, Plaintiff Alonya Weaver filed her Consent to Join Lawsuit (Dkt. 17-1), whereby she opted into this case and asserts the same claims alleged by Plaintiff Allen.

WHEREAS, Defendant denies the allegations in the Complaint and any other alleged violations of law.

WHEREAS, the Parties have agreed upon a settlement amount and the material settlement terms and have executed a Settlement Agreement and Release.

WHEREAS, the Parties contend that judicial approval of the Parties' Settlement Agreement and Release is necessary in order for it to be enforceable. *See Lynn's Food Stores v. U.S.*, 679 F.2d 1350 (11th Cir. 1982); *see also Snook v. Valley Ob-Gyn Clinic, P.C.*, No. 14-CV-12302, 2015 WL 144400, at *1 (E.D. Mich. Jan. 12, 2015).

WHEREAS, the Parties have submitted the Settlement Agreement and Release to the Court for the Court's in camera review and approval.

WHEREAS, the Parties' Settlement Agreement and Release represents a reasonable compromise of Plaintiffs' claims, which the parties recognize would otherwise require extensive litigation to determine. The Settlement Agreement was negotiated on behalf of the Parties by counsel experienced in employment claims, including under the FLSA. The Settlement Agreement fairly and reasonably comprises each party's interests, benefits and rights. *See Lynn's Food Stores, Inc.*,

679 F.2d at 1354; *Williams v K&K Assisted Living, LLC*, 15-CV-11565, 2016 WL 319596, at *1 (E.D. Mich. Jan. 27, 2016).

WHEREAS, the Court, after having conducted an in camera review of the Settlement Agreement and Release and being satisfied that it is a fair and reasonable settlement of Plaintiffs' claims, and the Court being otherwise fully advised in the premises.

IT IS HEREBY ORDERED that the Settlement Agreement and Release be and is approved, as submitted.

IT IS SO ORDERED.

Dated: January 15, 2019               s/Arthur J. Tarnow
                                       Hon. Arthur J. Tarnow
                                       U.S. District Court Judge


Approved as to form and substance:


/s/ Rod M. Johnston (with consent)
Rod M. Johnston (P80337)
Attorney for Plaintiff


/s/ William R. Thomas
William R. Thomas (P77760)
Attorney for Defendant

Dated: January 15, 2019