UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHANNEL ALLEN, and
other similarly-situated individuals,

    Plaintiffs,

v

METROPOLITAN CHILDREN AND
YOUTH, INC. --
RENAISSANCE HEAD START

    Defendant.

Case No. 17-13778

Hon. Arthur J. Tarnow

| SOMMERS SCHWARTZ, P.C. | STARR, BUTLER, ALEXOPOULOS & STONER, PLLC |
|---|---|
| Matthew L. Turner (P48706) | Joseph A. Starr (P47253) |
| Rod M. Johnston (P80337) | William R. Thomas (P77760) |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| One Towne Square, Ste. 1700 | 20700 Civic Center Dr., Ste. 290 |
| Southfield, MI 48076 | Southfield, MI 48076 |
| (248) 355-0300 | (248) 554-2700 |
| mturner@sommerspc.com | jstarr@starrbutler.com |
| rjohnston@sommerspc.com | wthomas@starrbutler.com |

**STIPULATED ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS**

    The parties having stipulated to the dismissal of the above-referenced cause of action with prejudice and without costs, interest and attorney fees to any party, other than as agreed to by the parties, and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that the above entitled cause be and is dismissed with prejudice and without costs, interest and attorney fees to any party.

{00059572.DOCX}

2

Dated: February 25, 2019    s/Arthur J. Tarnow
                            Hon. Arthur J. Tarnow
                            U.S. District Court Judge

Approved as to form and substance:

/s/ William R. Thomas
William R. Thomas (P77760)
Attorney for Defendant


/s/ Rod M. Johnston (with consent)
Rod M. Johnston (P80337)
Attorney for Plaintiffs